UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:18-cv-11834-MLW

RAOUL MARRADI,

      Plaintiff,

vs.

PIERROT INC., MICHAEL DEFILIPPIS,
and JAMES PHILIPSON REALTY TRUST,

      Defendants.
_____/

NOTICE OF VOLUNTARY DISMISSALWITHOUT PREJUDICE

    Plaintiff, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby provides this notice of voluntary dismissal of this action without prejudice, with each party to bear their own attorney's fees and costs with respect to this action. Pursuant to Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012), this notice of dismissal is self-executing.

    Dated this 27th day of September, 2018.

                              Respectfully submitted,

                      By:    /s/Edward N. Garno, Esq.
                            Edward N. Garno, Esq.
                            147 Central Street, Suite 213
                            Lowell, Massachusetts 01852
                            Telephone: (978) 397-2400
                            Facsimile: (978) 455-1817
                            E-mail: nedgarno@hotmail.com
                            Massachusetts Bar No.: 564378
                            Counsel for Plaintiff

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 27, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.

WE HEREBY CERTIFY that on September 27, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will send a notice of electronic filing by U.S. Mail to the following:

Pierrot Inc.
c/o Stanislava Nedialkova, registered agent
27 Anderson Street, #1
Boston, MA 02114

James Philipson Realty Trust
c/o Michael Defilippis
137 Charles Street
Boston, MA 02114

By:   /s/Edward N. Garno, Esq.
      Mass. Bar No.: 564378